1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C115
3 Santa Fe Springs, California 90670
Tel: 562-868-5886
4 Fax: 562-868-5491
E-mail: rohlfing_office@msn.com
5
Attorneys for Plaintiff
6

7

8

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

13 CARRIE KING,                          ) Case No.:  CV 07-1405 AJW
                                         )
14         Plaintiff,                    ) ORDER RE STIPULATION TO
                                         ) EXTEND BRIEFING SCHEDULE
15    vs.                                )
                                         )
16 MICHAEL J. ASTRUE,                    )
   Commissioner of Social Security,      )
17                                       )
           Defendant.                    )
18                                       )
                                         )
19

20     IT IS HEREBY ORDERED that plaintiff may have an extension of time,

21 ///

22 ///

23 ///

24 ///

25 ///

to and including September 6, 2007, in which to file her opposition to defendant's motion to dismiss, and that all subsequent deadlines are extended accordingly.

**IT IS SO ORDERED.**

DATE: 9/10/2007

Andrew J. Wistrich

_____
THE HONORABLE ANDREW J. WISTRICH
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Presented by:

LAW OFFICE OF LAWRENCE D. ROHLFING

_____
         /S/
YOUNG CHO
Attorneys for Plaintiff CARRIE KING

Approved as to form and content:

    GEORGE S. CARDONA
    United States Attorney
    LEON W. WEIDMAN
    Assistant United States Attorney
    Chief, Civil Division

DATE: September 5, 2007

    */s/ - Sharla Cerra by Young Cho**
    SHARLA CERRA
    Assistant U.S. Attorney
    Attorneys for Defendant
    [*By email authorization on September 5, 2007]